DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Oglesby<br><br>Case below:<br>174 N.C. App. 658 | No. 683P05 | 1. AG's Motion for Temporary Stay (COA04-1534) | 1. Allowed<br>**360 N.C. 294** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>12/19/06 |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Allowed<br>12/19/06 |
| State v. Pickard<br><br>Case below:<br>178 N.C. App. 330 | No. 395P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1414) | 1. — |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed<br>12/14/06 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>12/14/06 |
| State v. Pittman<br><br>Case below:<br>174 N.C. App. 745 | No. 694P05 | 1. AG's Motion for Temporary Stay (COA04-417) | 1. Allowed<br>Pending determination of the State's PDR<br>**360 N.C. 294**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. G's PDR Under N.C.G.S. § 7A-31 (COA04-417) | 3. See Special Order Page 156 |
| | | 4. Motion to Dissolve Temporary Stay and Set Date Certain for Def's Response | 4. Dismissed as Moot<br>12/19/06 |
| | | 5. AG's Motion to Deem Response Timely Filed | 5. Allowed<br>12/19/06 |
| State v. Risher<br><br>Case below:<br>179 N.C. App. 865 | No. 595P06 | Def's Motion to Stay Mandate Pending PDR (COA05-1249) | Denied<br>11/22/06 |